IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS CENTRAL SCHOOL BUS, LLC, SHERA ) <br> BRAGG; JORDAN BROWN; KINISHA BOON; ) <br> BOARD OF EDUCATION OF THE CITY OF ) <br> CHICAGO; SHAVONA McGREGOR; CITY OF ) <br> CHICAGO; HERIBERTO ARZATE (Star No. 8164); ) <br> EZEQUIEL BAHENA (Star No. 14543); JACK ) <br> HIGHTOWER (Star No. 11003); JEANNE MENDEZ ) <br> (Star No. 10563); BRIAN GUNNELL (Star No. 2020); ) <br> ASA PETERSON (Star No. Unknown); and KAREN D. ) <br> and MICHAEL A-B, individually and as plenary co- ) <br> guardians of the person of Plaintiff AAB, a disabled ) <br> person, ) <br> Defendants. ) | Case No. 1:25-cv-01302 <br><br> Judge Mary M. Rowland |

**DEFENDANTS ILLINOIS CENTRAL SCHOOL BUS, LLC, SHEILA BRAGG, KINISHA BOONE, AND JORDAN BROWN'S MOTION TO DISMISS**

Defendants Illinois Central School Bus, LLC ("Illinois Central"), Sheila Bragg, Kinisha Boone, and Jordan Brown (collectively, the "Illinois Central Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(7), file this Motion to Dismiss Westfield Insurance Company's ("Westfield") Complaint for Declaratory Judgment, and state as follows:

1. Westfield, Illinois Central's primary commercial general liability ("CGL") insurer, brought this declaratory judgment action seeking a determination that it has no duty to defend or indemnify Illinois Central and twelve other entities and individuals named as defendants in underlying litigation captioned *Karen D. and Michael A-B., individually and as plenary co-guardians of the person of AAB, a disabled person v. Board of Education of the City*

*of Chicago, et al.,* Case No. 1:24-cv-12282, pending in the U.S. District Court for the Northern District of Illinois, Eastern Division (the "Underlying Action").

2. Westfield's Complaint did not name National Interstate Insurance Company ("NIIC"), Illinois Central's primary commercial automobile liability insurer, as a defendant.

3. NIIC is a necessary party pursuant to Fed. R. Civ. P. 19(a) because NIIC is subject to service of process, has claimed an interest relating to the subject of this action by agreeing to defend Illinois Central in the Underlying Action under a reservation of rights, and would be prejudiced if this action were adjudicated in its absence.

4. Joinder of NIIC is not feasible because both Westfield and NIIC are citizens of the state of Ohio; thus, NIIC's joinder would deprive the Court of subject matter jurisdiction.

5. Pursuant to Federal Rule of Civil Procedure 19(b), where a necessary party cannot be feasibly joined, the Court must weigh the Rule 19(b) factors to determine whether the case should be dismissed in equity and good conscience.

6. Application of the Rule 19(b) factors mandate dismissal because NIIC is an indispensable party and Westfield has an adequate remedy available, *i.e.,* refiling its case in state court, where all of Westfield's, NIIC's, and the defendants' insurance coverage-related claims can be efficiently adjudicated in one lawsuit.

7. For the reasons stated and more fully explained in the accompanying Memorandum of Law, the Illinois Central Defendants respectfully request that this Court grant their Motion to Dismiss.

WHEREFORE, Defendants Illinois Central, Sheila Bragg, Kinisha Boone, and Jordan Brown respectfully request that the Court:

(1)   Grant the Illinois Central Defendants' Motion to Dismiss;

(2)   Dismiss Westfield's Complaint for Declaratory Judgment without prejudice to refiling in state court; and

(3)   Grant such other relief as the Court deems just and proper.

Dated this 1st day of May, 2025.                    Respectfully submitted:

/s/ *David H. Anderson*
David H. Anderson
Bar No. 6220091
ANDERSON COVERAGE GROUP LLC
2959 West Leland Avenue
Chicago, Illinois 60625
Telephone: (773) 661-2303
Fax: (773) 250-7474
Email: dave@andersoncoveragegroup.com
***Attorneys for Defendants Illinois Central School Bus, LLC, Sheila Bragg, Kinisha Boone, and Jordan Brown***

**Certificate of Service**

  I hereby certify that on May 1, 2025, I filed and served the foregoing with the Clerk's Office for the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system, which will notify all parties of record via electronic service.

                  By: /s/ *David H. Anderson*