**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| -v.- *Plaintiff,* | ) | Case No.: 1:25-cv-1302 |
| | ) | |
| | ) | |
| ILLINOIS CENTRAL SCHOOL BUS, LLC; SHERA | ) | |
| BRAGG; JORDAN BROWN; KINISHA BOON; | ) | |
| BOARD OF EDUCATION OF THE CITY OF | ) | |
| CHICAGO; SHAVONA McGREGOR; CITY OF | ) | |
| CHICAGO; HERIBERTO ARZATE (Star No. 8164); | ) | |
| EZEQUIEL BAHENA (Star No. 14543); JACK | ) | |
| HIGHTOWER (Star No. 11003); JEANNE | ) | |
| MENDEZ (Star No. 10563); BRIAN GUNNELL (Star | ) | |
| No. 2020); ASA PETERSON (Star No. Unknown); and | ) | |
| KAREN D. and MICHAEL A-B, individually and as | ) | |
| plenary co-guardians of the person of Plaintiff AAB, a | ) | |
| disabled person, | ) | |
| | ) | |
| *Defendants.* | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, WESTFIELD INSURANCE COMPANY and Defendants, ILLINOIS

CENTRAL SCHOOL BUS, LLC; SHERA BRAGG; JORDAN BROWN; KINISHA BOON;

BOARD OF EDUCATION OF THE CITY OF CHICAGO; SHAVONA McGREGOR; CITY OF

CHICAGO; HERIBERTO ARZATE (Star No. 8164); EZEQUIEL BAHENA (Star No. 14543);

JACK HIGHTOWER (Star No. 11003); JEANNE MENDEZ (Star No. 10563); BRIAN

GUNNELL (Star No. 2020); ASA PETERSON (Star No. Unknown); and KAREN D. and

MICHAEL A-B, individually and as plenary co-guardians of the person of Plaintiff AAB, a

disabled person, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) and 41(c) hereby stipulate to the dismissal of this action in its entirety,

including all claims and counterclaims.

**Dated:** 06/16/2025

Respectfully submitted,

WESTFIELD INSURANCE COMPANY

/s/ Haley M. Loutfy
Christopher J. Pickett
cpickett@lpplawfirm.com
Haley M. Loutfy
hloutfy@lpplawfirm.com
Phone: 312-596-7779
**Lindsay, Pickett & Postel, LLC**
200 W. Madison Street, Suite 3850
Chicago, IL 60606
*Attorneys for Plaintiff, Westfield*

BOARD OF EDUCATION OF THE CITY
OF CHICAGO

/s/Thomas A. Doyle
Thomas A. Doyle
Tadoyle2@cps.edu
Phone: 773-553-1700
Yasemine C. Givan
ycgivan@cps.edu
Phone: 773-553-1735
**Board of Education of the City of Chicago,**
**Law Department**
1 N. Dearborn, 9th Floor
Chicago, IL 60602
*Attorneys for Board of Education of the City*
*of Chicago*

KAREN D and MICHAEL A-B, individually
and as plenary co-guardians of the person of
Plaintiff AAB, a disabled person

/s/ Scott R. Drury .
Scott R. Drury
scott@drurylegal.com
Phone: 312-358-8225

ILLINOIS CENTRAL SCHOOL BUS, LLC
SHEILA BRAGG, JORDAN BROWN,
KINISHA BOONE

/s/ David H. Anderson
David H. Anderson
dave@andersoncoveragegroup.com
Phone: 773-661-2303
**Anderson Coverage Group LLC**
2959 W. Leland Avenue
Chicago, IL 60625
*Attorney for Illinois Central School Bus, LLC,*
*Sheila Bragg, Jordan Brown, and Kinisha*
*Boone*

HERIBERTO ARZATE, EZEQUIEL
BAHENA, JACK HIGHTOWER, JEANNE
MENDEZ, BRIAN GUNNELL, ASA
PETERSON

/s/ Michael J. Dinard
Michael J. Dinard
Michael.dinard@cityofchicago.org
Phone: 312-744-1975
**City of Chicago Department of Law**
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
*Attorney for Heriberto Arzate, Ezequiel*
*Bahena, Jack Hightower, Jeanne Mendez,*
*Brian Gunnell, Asa Peterson*

**Drury Legal, LLC**
6 Carriage Lane
Highwood, IL 60040
*Attorneys for Karen D. and Michael A-B,*
*individually and as plenary co-guardians of*
*the person of Plaintiff AAB, a disabled person*