## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Westfield Insurance Company
                                        Plaintiff,

v.                                                           Case No.: 1:25−cv−01302
                                                          Honorable Mary M. Rowland

Illinois Central School Bus, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal [63]. Pursuant to FRCP 4141(a)(1)(A)(ii) and 41(c), this action is dismissed in its entirety. All pending deadlines and motions [57][61] are struck as moot. Civil case terminated. Mailed notice. (jg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.